IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNN A. RHODES, | ) |
|         Plaintiff, | ) |
| v. | )   Civil Action No. 04-279E |
| MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, RETIREMENT PLAN FOR BARGAINING UNIT EMPLOYEES OF MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, | ) |
|         Defendants. | ) |

## NOTICE OF APPEARANCE

TO:   Clerk of United States District Court
        Western District of Pennsylvania

     You will please enter my appearance on behalf of the plaintiff in the above captioned action.

                                BY:     /s/ Jason Mettley
                                           Jason Mettley, Esquire
                                           Pa. I.D. #81966
                                           JUBELIRER, PASS & INTRIERI, P.C.
                                           219 Fort Pitt Boulevard
                                           Pittsburgh, Pennsylvania 15222
                                           T:  (412) 281-3850
                                           F:  (412) 281-1985
                                           Email:  jm@jpilaw.com

                                           Attorney for Plaintiffs