IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNN A RHODES, | ) | Docket No. 04-279E |
| | ) | (Judge Maurice B. Cohill, Jr.) |
| Plaintiff | ) | |
| | ) | ELECTRONICALLY FILED PLEADING |
| vs. | ) | |
| | ) | |
| MOTION CONTROL INDUSTRIES, | ) | DEFENDANTS' MOTION FOR SUMMARY |
| DIVISION OF CARLISLE | ) | JUDGMENT |
| CORPORATION, RETIREMENT PLAN | ) | |
| FOR BARGAINING UNIT EMPLOYEES | ) | Filed on behalf of:  Defendants |
| OF MOTION CONTROL INDUSTRIES, | ) | |
| DIVISION OF CARLISLE | ) | Counsel of record for this party: |
| CORPORATION, | ) | Richard A. Lanzillo, Esq. |
| | ) | Knox McLaughlin Gornall |
| Defendants | ) | & Sennett, P.C. |
| | ) | 120 West 10th Street |
| | ) | Erie, PA 16501 |
| | ) | Telephone (814) 459-2800 |
| | ) | Facsimile (814) 453-4530 |
| | ) | Email rlanzillo@kmgslaw.com |
| | ) | PA53811 |
| | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, Motion Control Industries, Inc., Division of Carlisle Corporation, and Retirement Plan for Bargaining Unit Employees of Motion Control Industries, Division of Carlisle Corporation, hereby move for summary judgment pursuant to F.R.C.P. 56.

In support of this motion, defendants incorporate by reference their Concise Statement of Material Facts, Appendix of Exhibits, and Memorandum in Support of Motion for Summary Judgment.

For the reasons set forth in their accompanying memorandum, defendants are entitled to summary judgment on plaintiff's claim.  No material issue of fact remains for trial and defendants are entitled to judgment in their favor as a matter of law.

-2-

                                                           Respectfully submitted,

                                                           KNOX McLAUGHLIN GORNALL &
                                                           SENNETT, P.C.

DATE: March 30, 2006                       By: Richard A. Lanzillo /s/
                                                                Richard A. Lanzillo
                                                                PA53811
                                                                120 West Tenth Street
                                                               Erie, PA 16501-1461
                                                                Telephone: (814) 459-2800
                                                                Fax: (814) 453-4530
                                                                Email: rlanzill@kmgslaw.com

                                                                Attorneys for Defendants, Motion
                                                                Control Industries, Division of
                                                               Carlisle Corporation, Retirement
                                                                Plan for Bargaining Unit Employees
                                                                of Motion Control Industries,
                                                                Division of Carlisle Corporation

# 664473